UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case Number | Case Name |
|---|---|
| C 12-02049 PJH | AF Holdings, LLC v. Doe, et al. |
| C 12-02393 CRB | AF Holdings, LLC v. Trinh |
| C 12-02394 LHK | AF Holdings, LLC v. Doe |
| C 12-02396 EMC | AF Holdings LLC v. Doe |
| C 12-02404 SC | AF Holdings, LLC v. Doe |
| C 12-02411 PJH | AF Holdings, LLC v. Doe |
| C 12-02415 CRB | AF Holdings, LLC v. Doe |
| C 12-03248 PJH | AF Holdings LLC v. Nguyen |
| C 12-04216 JSW | Ingenuity 13 LLC v. Doe |
| C 12-04217 RS | Ingenuity 13 LLC v. Doe |
| C 12-04218 WHA | AF Holdings LLC v. Doe |
| C 12-04219 LHK | AF Holdings LLC v. Doe |
| C 12-04445 LHK | Ingenuity 13 LLC v. Doe |
| C 12-04446 EJD | AF Holdings LLC v. Doe |
| C 12-04447 RMW | AF Holdings LLC v. Doe |
| C 12-04448 EJD | AF Holdings LLC v. Doe |
| C 12-04449 SC | Ingenuity 13 LLC v. Doe |
| C 12-04450 MMC | Ingenuity 13 LLC v. Doe |
| C 12-04976 JSW | Ingenuity 13 LLC v. Doe |
| C 12-04977 WHA | Ingenuity 13 LLC v. Doe |

| | |
|---|---|
| <u>C 12-04978 PJH</u> | **Ingenuity 13 LLC v. Doe** |
| <u>C 12-04979 LHK</u> | **Ingenuity 13 LLC v. Doe** |
| <u>C 12-04980 EJD</u> | **Ingenuity 13 LLC v. Doe** |
| <u>C 12-04981 RS</u>  | **Ingenuity 13 LLC v. Doe** |
| <u>C 12-04982 CRB</u> | **AF Holdings, LLC v. Doe** |

**I find that the above cases are NOT related to the case assigned to me. PJH**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

**DATED: December 27, 2012**        **By:** _[signature]_
                                        **Deputy Clerk**