Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, | No. 3:12-CV-04979-LHK |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| JOHN DOE, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 23, 2013, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the CMC, which was originally scheduled by the Court. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for January 30, 2013, is continued to **Wednesday, ~~March 13,~~ 2013, at 2:00 p.m.**
March 6

DATED: January 24, 2013

*Lucy H. Koh*
United States District Court Judge